UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.4:19-cr-00082-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOBBY JEAN HOOVER | **ORDER TO SEAL** |

On motion of the Defendant, Bobby Jean Hoover, and for good cause shown, it is hereby ORDERED that [DE 48] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **4** day of September, 2020.

JAMES C. DEVER III
United States District Judge