UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-cr-00082-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| BOBBIE JEAN HOOVER | |

On motion of the Defendant, Bobbie Jean Hoover, and for good cause shown, it is hereby ORDERED that [DE 75] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __4__ day of __January__, __2021__.

_____
JAMES C. DEVER III
United States District Judge