UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-cr-00082-D-2

UNITED STATES OF AMERICA

v.

BOBBIE JEAN HOOVER

**ORDER TO SEAL**

On motion of the Defendant, Bobbie Jean Hoover, and for good cause shown, it is hereby

ORDERED that [DE 109] be sealed until otherwise ordered by the Court, except that copies may

be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __27__ day of April, 2021.

JAMES C. DEVER III
United States District Judge